# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DAVID LEE CALLAN** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **6:09MJ00248**<br><br>CHARLES LEE<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] pleaded guilty to COUNT ONE of the Violation Notice.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR 2.35(c) | UNDER THE INFLUENCE OF ALCOHOL TO DEGREE THAT IS DANGEROUS TO OTHERS | 11/10/2009 | ONE |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ] Count(s) _____ (is/ are) dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[ ] Appeal rights given.       [ ] Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/17/2009
Date of Imposition of Judgment

/s/ Dennis L. Beck
Signature of Judicial Officer

**DENNIS L. BECK**, United States Magistrate Judge
Name & Title of Judicial Officer

11/30/2009
Date

CASE NUMBER:     6:09MJ00248  
DEFENDANT:       DAVID LEE CALLAN

Judgment - Page 2 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Park Service to be imprisoned for a total term of  2 Days with credit for time served .

## ==UNSUPERVISED== PROBATION

The defendant is hereby sentenced to UNSUPERVISED probation for a term of  6 Months  .

## SPECIAL CONDITIONS OF SUPERVISION

1.   Obey all laws.

AO 245B-CAED (Rev. 3/04)  Sheet 5 - Criminal Monetary Penalties

| | | Judgment - Page 3 of 3 |
|---|---|---|
| CASE NUMBER: | 6:09MJ00248 | |
| DEFENDANT: | DAVID LEE CALLAN | |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| Totals: $400.00 | $ 10.00 | $390.00 | $ |

## SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

Payment in equal  Monthly  installments of $  80.00  to commence  12/31/2009  and every 30 days thereafter until paid in full.